## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70293 JAD |
| MICHAEL D. HAER and BRENDA L. HAER, | : : | |
| | : | Chapter 13 |
| Debtors. | : : | |
| LAKEVIEW LOAN SERVICING LLC, | : : | Doc. No. 52 |
| Movant, | : : | |
| vs. | : : | Related to Doc. No. 51 |
| MICHAEL D. HAER and BRENDA L. HAER, | : : : | |
| Respondents, | : : | |
| and | : : | |
| RONDA J. WINNECOUR, STANDING CHAPTER 13 TRUSTEE, | : : : | |
| Additional Respondent. | : : | |

### DECLARATION REGARDING MONTHLY PAYMENT CHANGE

AND NOW, come the Debtors, Michael D. Haer and Brenda L. Haer, by and through their attorneys, Jon A. McKechnie, Esq. and Harold Shepley & Associates, LLC, and respectfully file the within Declaration Regarding Monthly Payment Change and, in support, represents as follows:

1.) The Debtors are Michael D. Haer and Brenda L. Haer, adult individuals, presently residing at 305 Salisbury Street, Meyersdale, PA  15552.

2.) Counsel for the Debtors is Jon A. McKechnie, Esq. of Harold Shepley & Associates, LLC.

3.) The mortgage company for the Debtors' residence is Lakeview Loan Servicing, LLC.

4.) The new post-petition monthly payment payable to Lakeview Loan Servicing, LLC is $559.78 effective January 1, 2017 per the notice of change in periodic mortgage payment filed on December 2, 2016 and is $1.25 less than the current post-petition monthly payment of $561.03.

5.) Debtors' counsel has reviewed the existing plan, recomputed the plan payment and finds that the existing payment continues to be sufficient to fund the plan.

Respectfully submitted,

Date: December 7, 2016

/s/ Jon A. McKechnie
Jon A. McKechnie, Esq.
PA I.D. #36268
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA  15501
(814) 444-0500
(814) 444-0600 FAX
jmckechnie@shepleylaw.com