# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

03/27/2019

IN RE:

MICHAEL D. HAER
BRENDA L. HAER
305 SALISBURY STREET
MEYERSDALE,  PA  15552
XXX-XX-2966          Debtor(s)

XXX-XX-8345

Case No.15-70293 JAD

Chapter 13

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

3/27/2019

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O M & T BANK | Court Claim Number:10 | ACCOUNT NO.: 8999 |
| PO BOX 62182 | | |
| | CLAIM: 0.00 | |
| BALTIMORE, MD 21264-2182 | COMMENT: PMT/DECL*DKT4LMT*BGN 5/15 | |

---

| **SPRINGLEAF FUNDING TRUST 2013-B**\*\* | Trustee Claim Number:2  INT %: 0.00% | CRED DESC: VEHICLE |
| SPRINGLEAF FINANCIAL(*) | Court Claim Number:9 | ACCOUNT NO.: 9169 |
| PO BOX 3251 | | |
| | CLAIM: 2,235.35 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: 2470@0%MDF/PL@SPRINGLEAF FIN SRVC | |

---

| **FIRST PEOPLES COMMUNITY BANK** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 1377 | Court Claim Number: | ACCOUNT NO.: 0002 |
| | CLAIM: 0.00 | |
| CUMBERLAND, MD 21501 | COMMENT: | |

---

| **FIRST NATIONAL BANK OF PA**\*\* | Trustee Claim Number:4  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O AAS DEBT RECOVERY INC | Court Claim Number:13-2 | ACCOUNT NO.: 9561 |
| ATTN BANKRUPTCY NOTICING | | |
| 2526 MONROEVILLE BLVD STE 205 | CLAIM: 0.00 | |
| MONROEVILLE, PA 15146 | COMMENT: DISALLOWED/OE D37*UNS/SCH-PL*WNTS 6%*AVD/OE D36*AMD*$5,884.36/CL | |

---

| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 129* | Court Claim Number: | ACCOUNT NO.: 9509 |
| | CLAIM: 0.00 | |
| MONROEVILLE, PA 15146 | COMMENT: | |

---

| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:1 | ACCOUNT NO.: 8664 |
| PO BOX 27288 | | |
| | CLAIM: 4,730.25 | |
| TEMPE, AZ 85282 | COMMENT: GECRB~LOWES | |

---

| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 4907 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: | |

---

| **ECAST SETTLEMENT CORP** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 29262 | Court Claim Number:15 | ACCOUNT NO.: 4719 |
| | CLAIM: 3,754.57 | |
| NEW YORK, NY 10087-9262 | COMMENT: CITIBANK | |

---

| **CKS FINANCIAL** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2856 | Court Claim Number: | ACCOUNT NO.: 0387 |
| | CLAIM: 0.00 | |
| CHESAPEAKE, VA 23327 | COMMENT: NT ADR/SCH | |

---

| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.: AE2A |
| POB 560 | | |
| | CLAIM: 0.00 | |
| NEW KENSINGTON, PA 15068 | COMMENT: | |

| COLLECTION SERVICE CENTER INC | Trustee Claim Number:11 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.:  NHK1 |
| POB 560 | | |
| | CLAIM: 0.00 | |
| NEW KENSINGTON, PA  15068 | COMMENT: | |

| CREDIT MANAGEMENT CO | Trustee Claim Number:12 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.:  8367 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT: | |

| CREDIT MANAGEMENT CO | Trustee Claim Number:13 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.:  6138 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT: | |

| CREDIT MANAGEMENT CO | Trustee Claim Number:14 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.:  7508 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT: | |

| CREDIT MANAGEMENT CO | Trustee Claim Number:15 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.:  9669 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT: | |

| CREDIT MANAGEMENT CO | Trustee Claim Number:16 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.:  8867 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT: | |

| CREDIT MANAGEMENT CO | Trustee Claim Number:17 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.:  4089 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT: | |

| CREDIT MANAGEMENT CO | Trustee Claim Number:18 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.:  4079 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT: | |

| CREDIT MANAGEMENT CO | Trustee Claim Number:19 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.:  4094 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT: | |

| CREDIT MANAGEMENT CO | Trustee Claim Number:20 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.:  3593 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.:  1962 |
| PO BOX 3025 | | |
| | CLAIM:  3,772.67 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST CONSUMER DISCOUNT COMPANY** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 67 ERIE AVE | Court Claim Number: | ACCOUNT NO.:  8901 |
| PO BOX 566 | | |
| | CLAIM:  0.00 | |
| SAINT MARYS, PA  15857 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:11 | ACCOUNT NO.:  6220 |
| 4140 E STATE ST | | |
| | CLAIM:  0.00 | |
| HERMITAGE, PA  16148 | COMMENT:  W/DRAWN*DOC 34*CL=5298.91 | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:12 | ACCOUNT NO.:  8745 |
| 4140 E STATE ST | | |
| | CLAIM:  910.21 | |
| HERMITAGE, PA  16148 | COMMENT:  0708/SCH*INSUFF~2BTT OBJ*DK | |

| | | |
|---|---|---|
| **FIRST PREMIER BANK** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 5114 | Court Claim Number: | ACCOUNT NO.:  1415 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:16 | ACCOUNT NO.:  6702 |
| | CLAIM:  1,675.86 | |
| NORFOLK, VA  23541 | COMMENT:  CBNA/SCH*CITIBK/FRED MEYER | |

| | | |
|---|---|---|
| **GINNYS** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1112 7TH AVE | Court Claim Number: | ACCOUNT NO.:  863O |
| | CLAIM:  0.00 | |
| MONROE, WI  53566 | COMMENT: | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 268941 | Court Claim Number:4 | ACCOUNT NO.:  7027 |
| | CLAIM:  658.66 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT:  CREDIT ONE BANK | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 268941 | Court Claim Number:7 | ACCOUNT NO.:  4314 |
| | CLAIM:  11,535.83 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT:  CITIBANK | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 268941 | Court Claim Number:5 | ACCOUNT NO.:  0499 |
| | CLAIM:  4,056.71 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT:  GECRB | |

| AMERICAN INFOSOURCE LP AGENT - MIDLAND | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 268941 | Court Claim Number:3 | ACCOUNT NO.: 7481 |
| | CLAIM: 2,772.78 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT: GECRB | |

| AMERICAN INFOSOURCE LP AGENT - MIDLAND | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 268941 | Court Claim Number:8 | ACCOUNT NO.: 2877 |
| | CLAIM: 2,470.69 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT: GECRB | |

| AMERICAN INFOSOURCE LP AGENT - MIDLAND | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 268941 | Court Claim Number:6 | ACCOUNT NO.: 6440 |
| | CLAIM: 488.13 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT: WEBBANK | |

| PRA RECEIVABLES MANAGEMENT LLC - AGNT | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:17 | ACCOUNT NO.: 3730 |
| | CLAIM: 1,407.01 | |
| NORFOLK, VA  23541 | COMMENT: 3316/SCH*ONE MAIN FNCL | |

| SPRINGLEAF FINANCIAL SERVICES INC(*) | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.: 9169 |
| | CLAIM: 0.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT: NT ADR/SCH | |

| SYNCHRONY BANK++ | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.: 7665 |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM: 0.00 | |
| MIAMI, FL  33131-1605 | COMMENT: NT ADR~ASHLEY HOMESTORE/SCH | |

| THE AFFILIATED GROUP | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 7739 | Court Claim Number: | ACCOUNT NO.: 3137 |
| | CLAIM: 0.00 | |
| ROCHESTER, MN  55903 | COMMENT: | |

| CR CONTROL | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2410 BROAD AVE | Court Claim Number: | ACCOUNT NO.: 7591,4084,9554 |
| | CLAIM: 0.00 | |
| ALTOONA, PA  16601 | COMMENT: | |

| AMERICAN INFOSOURCE LP AGENT FOR VERIZ | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 248838 | Court Claim Number:14 | ACCOUNT NO.: 3922 |
| | CLAIM: 248.05 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT: | |

| WEBBANK-FINGERHUT | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 6250 RIDGEWOOD RD | Court Claim Number: | ACCOUNT NO.: 3531 |
| | CLAIM: 0.00 | |
| ST CLOUD, MN  56303 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ANDREW F GORNALL ESQ** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  LAKEVIEW LOAN SVCNG/PRAE | |

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O M & T BANK | Court Claim Number:10 | ACCOUNT NO.:  8999 |
| PO BOX 62182 | | |
| | CLAIM:  23.62 | |
| BALTIMORE, MD  21264-2182 | COMMENT:  CL10GOVS*NT PROV/PL*THRU 4/15 | |