IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Michael D. Haer                                    :    Case No.15-70293JAD
Brenda L. Haer                                     :    Chapter 13
    Debtor(s)                      :
Ronda J. Winnecour, Trustee             :
                                   :    Re Clm. #12
    Movant(s)                       :
                                   :
    vs.                            :
First National Bank of Pennsylvania      :    Hearing Date
                                   :
    Respondent(s)

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM

The Objection to Claim that was filed in the above-referenced case on April 16, 2019 (document #59) is hereby WITHDRAWN. Therefore, the hearing scheduled for May 31, 2019, is hereby cancelled.

                          Respectfully submitted

4/17/19                     /s/ Ronda J. Winnecour

                          Ronda J. Winnecour (PA I.D. #30399)
                          Attorney and Chapter 13 Trustee
                          U.S. Steel Tower – Suite 3250
                          600 Grant Street
                          Pittsburgh, PA  15219
                          (412) 471-5566
                          cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Michael D. Haer                              :    Case No.15-70293JAD
Brenda L. Haer                               :    Chapter 13
    Debtor(s)                            :
Ronda J. Winnecour, Trustee                  :
                                             :    Re Clm. #12
    Movant(s)                            :
                                             :
    vs.                                  :
First National Bank of Pennsylvania          :    Hearing Date
                                             :
    Respondent(s)

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Michael and Brenda Haer
305 Salisbury Street
Meyersdale PA 15552

Jon A. McKechnie, Esquire
209 W. Patriot Street
Somerset PA 15501

First National Bank of Pennsylvania
Attn: Christina Lombardo
4140 East State Street
Hermitage PA 16148

First National Bank of Pennsylvania
Attn: Vincent J. Delie, Jr, CEO
4140 East State Street
Hermitage PA 16148


4/17/19                                      /s/ Dianne DeFoor___
date                                         Office of the Chapter 13 Trustee
                                             US Steel Tower – Suite 3250
                                             600 Grant Street
                                             Pittsburgh, PA  15219
                                             (412) 471-5566