# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 15-70293-JAD |
| MICHAEL D. HAER | : | |
| BRENDA L. HAER | : | Chapter 13 |
| Debtors | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE ON BEHALF OF DEBTORS

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of DEBTOR(S), debtors in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully Submitted by:

Dated: 04 October 2019

/s/Jeffrey W. Ross
Jeffrey W. Ross, Esq.
PA ID #201479
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
T 814-444-0500
F 814-444-0600
jross@shepleylaw.com