# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-70293 JAD |
| MICHAEL D. HAER and | : | |
| BRENDA L. HAER | : | |
|     Debtors | : | |
| | : | Chapter 13 |
| MICHAEL D. HAER and | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
|     v.    Movants | : | |
| | : | |
| | : | Doc. No. 66 |
| SCHNEIDER INTERNATIONAL CARRIERS, INC. | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE OF ORDER TERMINATING WAGE ATTACHMENT AND NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I certify under penalty of perjury that I served the above captioned pleading on the party at the addresses specified below on: **29 April 2020.**

The type of service made on the party was: **USPS FIRST CLASS MAIL.**

PARTIES SERVED:

Schneider National Carriers, Inc.
Attn: Human Resources
P.O. Box 2545
Green Bay, WI 54306-2545


Date 29 April 2020                     /s/ Jeffrey W. Ross, Esq.
                                       Jeffrey W. Ross, Esq
                                       PA I.D. #201479
                                       Harold Shepley & Associates, LLC
                                       209 West Patriot Street
                                       Somerset, PA 15501
                                       T (814) 444-0500
                                       F (814) 444-0600
                                       jross@shepleylaw.com