FILED
4/29/20 6:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>MICHAEL D. HAER and<br>BRENDA L. HAER<br>               Debtors | Bankruptcy No. 15-70293-JAD<br>Chapter 13<br>Related To Doc. No. 64 |
| MICHAEL D. HAER and<br>RONDA J. WINNECOUR, Trustee,<br>     v.        Movants | Motion No. ■ WO-1<br>Motion No. ☐ WO-2 |
| SCHNEIDER INTERNATIONAL CARRIERS, INC.<br>             Respondent | |

## ORDER OF COURT

AND NOW, this 29th day of April, 2020, upon consideration of the Debtors' Motion to Terminate Wage Attachment filed on behalf of Joint Debtor Michael D. Haer, the Order to Pay Trustee Pursuant to Wage Attachment, Doc. No. 42, is hereby TERMINATED.

BY THE COURT:

_____
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
    Michael D. and Brenda L. Haer
    Jeffrey W. Ross, Esquire
    Schneider International Carriers, Inc.
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 15-70293-JAD
Michael D. Haer                                                   Chapter 13
Brenda L. Haer
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7         User: msch              Page 1 of 1           Date Rcvd: Apr 29, 2020
                             Form ID: pdf900         Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db/jdb        +Michael D. Haer,    Brenda L. Haer,   305 Salisbury Street,   Meyersdale, PA 15552-1415
              +Schneider International Carriers, Inc.,   Attn: Human Resources/Payroll Dept.,   P.O. Box 2545,
                Green Bay, WI 54306-2545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey Wayne Ross    on behalf of Debtor Michael D. Haer jross@shepleylaw.com,
               jeffreywross@hotmail.com;bk@shepleylaw.com;ldeist@shepleylaw.com
              Jeffrey Wayne Ross    on behalf of Joint Debtor Brenda L. Haer jross@shepleylaw.com,
               jeffreywross@hotmail.com;bk@shepleylaw.com;ldeist@shepleylaw.com
              Jon A. McKechnie    on behalf of Joint Debtor Brenda L. Haer jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Debtor Michael D. Haer jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```