# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| MICHAEL D. HAER & | : | |
| BRENDA L. HAER | : | Bankruptcy No. 15-70293JAD |
| Debtors | : | |
| | : | |
| | : | Chapter 13 |
| | : | |
| | : | |
| MICHAEL D. HAER & | : | |
| BRENDA L. HAER | : | Doc. No. 70 |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

## CERTIFICATION OF DISCHARGE ELIGIBILITY

1. Debtors have made all payments required by the Chapter 13 Plan.

2. Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

3. On 18 May, at docket numbers 68 and 69, respectively, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Post-petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

4. This Certification is being signed under penalty of perjury by Undersigned Counsel who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Respectfully Submitted By:

Date: <u>18 May 2020</u>

/s/Jeffrey W. Ross
Jeffrey W. Ross, Esq,
PA ID 201479
209 West Patriot Street
Somerset, PA 15501
T 814-444-0500
F 814-444-0600
jross@shepleylaw.com