Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael D. Haer
Brenda L. Haer**
Debtor(s)

Bankruptcy Case No.: 15−70293−JAD
Related To Doc. No. 76
Chapter: 13
Docket No.: 77 − 76

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 30th of July, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/24/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/2/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/24/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-70293-JAD
Michael D. Haer                                                           Chapter 13
Brenda L. Haer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch               Page 1 of 2              Date Rcvd: Jul 30, 2020
                              Form ID: 408             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
```
db/jdb         +Michael D. Haer,    Brenda L. Haer,    305 Salisbury Street,    Meyersdale, PA 15552-1415
14032620       +1st Peoples Community,    P.O. Box 1377,    Cumberland, MD 21501-1377
14032621       +AAS Debt Recovery Inc.,    P.O. Box 129,    Monroeville, PA 15146-0129
14032622       +Bernard C. John, Esq.,    AAS Debt Recovery Inc.,    2526 Monroeville Blvd., Suite 205,
                 Monroeville, PA 15146-2371
14032625      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citicards Cbna,     Centralized Bankruptcy Department,
                 P.O. Box 20363,    Kansas City, MO 64195)
14032627        Collection Service Center, Inc.,    839 5th Avenue,    P.O. Box 560,
                 New Kensington, PA 15068-0560
14071792        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14032630       +First Consumer Discount Company,    67 Erie Avenue,    P.O. Box 566,    Saint Marys, PA 15857-0566
14032631       +First National Bank of Pennsylvania,    c/o AAS Debt Recovery Inc.,    2526 Monroeville Blvd.,
                 Monroeville, PA 15146-2358
14032632       +First National Bank of Pennsylvania,    1 FNB Blvd.,    Hermitage, PA 16148-3363
14032633        First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3487
14032634       +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
14032635       +Fredmeyers/cbna,    P.O. Box 2017,   Elgin, IL 60121-2017
14048799       +Lakeview Loan Servicing, LLC,    M&T BANK,   PO BOX 1288,    Buffalo, NY 14240-1288
14032642       +Springleaf,    Richland Square,   1397 Eisenhower Blvd., Suite 100,    Johnstown, PA 15904-3267
14032647       +Unknown Creditor,    2410 Broad Avenue,   Altoona, PA 16601-1940
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14066097        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2020 05:26:48
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
14039333        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2020 05:25:08
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
14032623       +E-mail/Text: bankruptcy@cavps.com Jul 31 2020 05:04:44     Cavalry Portfolio Services,
                 500 Summit Lake Drive,    Suite 400,   Valhalla, NY 10595-2322
14035194       +E-mail/Text: bankruptcy@cavps.com Jul 31 2020 05:04:44     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14032626       +E-mail/Text: jsanders@cksfin.com Jul 31 2020 05:03:54     Cks Financial,
                 505 Independence Parkway St.,    Chesapeake, VA 23320-5178
14032628       +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 31 2020 05:04:54
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14032629        E-mail/Text: mrdiscen@discover.com Jul 31 2020 05:02:49     Discover Financial Services, LLC,
                 P.O. Box 15316,    Wilmington, DE 19850
14037655        E-mail/Text: mrdiscen@discover.com Jul 31 2020 05:02:49     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14032636        E-mail/Text: bankruptcy@sccompanies.com Jul 31 2020 05:05:35     Ginny's,    1112 7th Avenue,
                 Monroe, WI 53566-1364
14032624        E-mail/PDF: ais.chase.ebn.americaninfosource.com Jul 31 2020 05:09:03     Chase Bank USA, NA,
                 P.O. Box 15298,    Wilmington, DE 19850
14032638        E-mail/Text: camanagement@mtb.com Jul 31 2020 05:03:16     M&T Bank,
                 Lending Services, Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
14032637        E-mail/Text: camanagement@mtb.com Jul 31 2020 05:03:16     M&T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264-2182
14032639       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2020 05:04:17     Midland Credit Management, Inc.,
                 8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
14032640       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2020 05:04:17     Midland Funding, LLC,
                 8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
14032641       +E-mail/PDF: cbp@onemainfinancial.com Jul 31 2020 05:10:38     OneMain Financial,    P.O. Box 499,
                 Hanover, MD 21076-0499
14094680        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 05:09:20
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14047106        E-mail/PDF: cbp@onemainfinancial.com Jul 31 2020 05:09:45     SPRINGLEAF FINANCIAL SERVICES,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
14032644        E-mail/PDF: cbp@onemainfinancial.com Jul 31 2020 05:09:44     Springleaf Financial Services,
                 1450 Scalp Avenue, Suite 120,    Johnstown, PA 15904
14032643        E-mail/PDF: cbp@onemainfinancial.com Jul 31 2020 05:10:46     Springleaf Financial Services,
                 P.O. Box 742536,    Cincinnati, OH 45274-2536
14032645       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:50     Syncb/ashley Homestore,
                 950 Forrer Boulevard,    Dayton, OH 45420-1469
14032646       +E-mail/Text: csrmn@thecmigroup.com Jul 31 2020 05:05:26     The Affiliated Group I,
                 P.O. Box 7739,    Rochester, MN 55903-7739
14032648       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 31 2020 05:02:28
                 Verizon,    500 Technology Drive,    Suite 30,   Weldon Spring, MO 63304-2225
14032649       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 31 2020 05:05:05     Webbank/Fingerhut,
                 6250 Ridgewood Plaza,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 23
```

```
District/off: 0315-7          User: msch              Page 2 of 2            Date Rcvd: Jul 30, 2020
                              Form ID: 408            Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr*            +First National Bank of Pennsylvania,   4140 East State Street,   Hermitage, PA 16148-3401
                                                                                      TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
           andygornall@latouflawfirm.com
          James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Jeffrey Wayne Ross    on behalf of Debtor Michael D. Haer jross@shepleylaw.com,
           jeffreywross@hotmail.com;bk@shepleylaw.com;ldeist@shepleylaw.com
          Jeffrey Wayne Ross    on behalf of Joint Debtor Brenda L. Haer jross@shepleylaw.com,
           jeffreywross@hotmail.com;bk@shepleylaw.com;ldeist@shepleylaw.com
          Jon A. McKechnie    on behalf of Joint Debtor Brenda L. Haer jmckechnie@shepleylaw.com,
           bk@shepleylaw.com
          Jon A. McKechnie    on behalf of Debtor Michael D. Haer jmckechnie@shepleylaw.com,
           bk@shepleylaw.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 9
```