**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MICHAEL D. HAER
    BRENDA L. HAER
            Debtor(s)

    Ronda J. Winnecour
     Chapter 13 Trustee,
            Movant
            vs.
    No Respondents.

Case No.:15-70293 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

    1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

    2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

    3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

    4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

    1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
    2. Approve the Trustee's Report of Receipts and Disbursements,
    3. Terminate wage attachments,
    4. Revest property of the estate in the debtor(s), and
    5. Enter a final decree and close this case.

July 29, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/22/2015 and confirmed on 8/7/15. The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 76,569.54 |
| Less Refunds to Debtor | 525.33 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,044.21 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,900.00 | |
|   Trustee Fee | 3,221.29 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,121.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 34,531.73 | 0.00 | 34,531.73 |
|     Acct: 8999 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 23.62 | 23.62 | 0.00 | 23.62 |
|     Acct: 8999 | | | | |
|   SPRINGLEAF FUNDING TRUST 2013-B** | 2,001.62 | 2,001.62 | 233.73 | 2,235.35 |
|     Acct: 9169 | | | | |
| | | | | 36,790.70 |
| **Priority** | | | | |
|   JEFFREY W ROSS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL D. HAER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL D. HAER | 296.54 | 296.54 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL D. HAER | 228.79 | 228.79 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HAROLD SHEPLEY & ASSOC LLC* | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JON MCKECHNIE ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   FIRST PEOPLES COMMUNITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9561 | | | | |
|   AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9509 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 4,730.25 | 4,195.63 | 0.00 | 4,195.63 |
|     Acct: 8664 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4907 | | | | |
|   ECAST SETTLEMENT CORP | 3,754.57 | 3,330.23 | 0.00 | 3,330.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4719 | | | | |
| CKS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0387 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: AE2A | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: NHK1 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8367 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6138 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7508 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9669 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8867 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4089 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4079 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4094 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3593 | | | | |
| DISCOVER BANK(*) | 3,772.67 | 3,346.28 | 0.00 | 3,346.28 |
| Acct: 1962 | | | | |
| FIRST CONSUMER DISCOUNT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8901 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6220 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 910.21 | 807.34 | 0.00 | 807.34 |
| Acct: 8745 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1415 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 1,675.86 | 1,486.45 | 0.00 | 1,486.45 |
| Acct: 6702 | | | | |
| GINNYS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 863O | | | | |
| AMERICAN INFOSOURCE LP AGENT - MID | 658.66 | 584.22 | 0.00 | 584.22 |
| Acct: 7027 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MID | 11,535.83 | 10,232.04 | 0.00 | 10,232.04 |
| Acct: 4314 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MID | 4,056.71 | 3,598.21 | 0.00 | 3,598.21 |
| Acct: 0499 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MID | 2,772.78 | 2,459.40 | 0.00 | 2,459.40 |
| Acct: 7481 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MID | 2,470.69 | 2,191.45 | 0.00 | 2,191.45 |
| Acct: 2877 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MID | 488.13 | 432.96 | 0.00 | 432.96 |
| Acct: 6440 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 1,407.01 | 1,247.99 | 0.00 | 1,247.99 |
| Acct: 3730 | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9169 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7665 | | | | |
| THE AFFILIATED GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3137 | | | | |
| CR CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: XXXXXXXXXX9554 | | | | |
|     AMERICAN INFOSOURCE LP AGENT FOR | 248.05 | 220.02 | 0.00 | 220.02 |
|     Acct: 3922 | | | | |
|     WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3531 | | | | |
|     ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 34,132.22 |

TOTAL PAID TO CREDITORS                                                                70,922.92

    TOTAL CLAIMED
    PRIORITY              0.00
    SECURED           2,025.24
    UNSECURED        38,481.42


Date: 07/29/2020                                         /s/ Ronda J. Winnecour

                                                                         RONDA J WINNECOUR PA ID #30399
                                                                          CHAPTER 13 TRUSTEE WD PA
                                                                          600 GRANT STREET
                                                                          SUITE 3250 US STEEL TWR
                                                                          PITTSBURGH, PA  15219
                                                                          (412) 471-5566
                                                                          cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL D. HAER
    BRENDA L. HAER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-70293 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-70293-JAD
Michael D. Haer                                                       Chapter 13
Brenda L. Haer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 2              Date Rcvd: Jul 30, 2020
                              Form ID: pdf900         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db/jdb         +Michael D. Haer,   Brenda L. Haer,   305 Salisbury Street,   Meyersdale, PA 15552-1415
14032620       +1st Peoples Community,   P.O. Box 1377,   Cumberland, MD 21501-1377
14032621       +AAS Debt Recovery Inc.,   P.O. Box 129,   Monroeville, PA 15146-0129
14032622       +Bernard C. John, Esq.,   AAS Debt Recovery Inc.,   2526 Monroeville Blvd., Suite 205,
                 Monroeville, PA 15146-2371
14032625       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Citicards Cbna,   Centralized Bankruptcy Department,
                 P.O. Box 20363,   Kansas City, MO 64195)
14032627        Collection Service Center, Inc.,   839 5th Avenue,   P.O. Box 560,
                 New Kensington, PA 15068-0560
14071792        ECAST SETTLEMENT CORPORATION, ASSIGNEE,   OF CITIBANK, N.A.,   POB 29262,
                 NEW YORK, NY 10087-9262
14032630       +First Consumer Discount Company,   67 Erie Avenue,   P.O. Box 566,   Saint Marys, PA 15857-0566
14032631       +First National Bank of Pennsylvania,   c/o AAS Debt Recovery Inc.,   2526 Monroeville Blvd.,
                 Monroeville, PA 15146-2358
14032632       +First National Bank of Pennsylvania,   1 FNB Blvd.,   Hermitage, PA 16148-3363
14032633        First National Bank of Pennsylvania,   4140 East State Street,   Hermitage, PA 16148-3487
14032634       +First Premier Bank,   601 S. Minnesota Avenue,   Sioux Falls, SD 57104-4868
14032635       +Fredmeyers/cbna,   P.O. Box 2017,   Elgin, IL 60121-2017
14048799       +Lakeview Loan Servicing, LLC,   M&T BANK,   PO BOX 1288,   Buffalo, NY 14240-1288
14032642       +Springleaf,   Richland Square,   1397 Eisenhower Blvd., Suite 100,   Johnstown, PA 15904-3267
14032647       +Unknown Creditor,   2410 Broad Avenue,   Altoona, PA 16601-1940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14066097        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2020 05:26:48
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
14039333        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2020 05:26:48
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
14032623       +E-mail/Text: bankruptcy@cavps.com Jul 31 2020 05:04:49     Cavalry Portfolio Services,
                 500 Summit Lake Drive,   Suite 400,   Valhalla, NY 10595-2322
14035194       +E-mail/Text: bankruptcy@cavps.com Jul 31 2020 05:04:49     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14032626       +E-mail/Text: jsanders@cksfin.com Jul 31 2020 05:03:54     Cks Financial,
                 505 Independence Parkway St.,   Chesapeake, VA 23320-5178
14032628       +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 31 2020 05:04:54
                 Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14032629        E-mail/Text: mrdiscen@discover.com Jul 31 2020 05:02:49     Discover Financial Services, LLC,
                 P.O. Box 15316,   Wilmington, DE 19850
14037655        E-mail/Text: mrdiscen@discover.com Jul 31 2020 05:02:49     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14032636        E-mail/Text: bankruptcy@sccompanies.com Jul 31 2020 05:05:35     Ginny's,   1112 7th Avenue,
                 Monroe, WI 53566-1364
14032624        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 31 2020 05:10:59     Chase Bank USA, NA,
                 P.O. Box 15298,   Wilmington, DE 19850
14032638        E-mail/Text: camanagement@mtb.com Jul 31 2020 05:03:16     M&T Bank,
                 Lending Services, Customer Support,   P.O. Box 1288,   Buffalo, NY 14240-1288
14032637        E-mail/Text: camanagement@mtb.com Jul 31 2020 05:03:16     M&T Bank,   P.O. Box 62182,
                 Baltimore, MD 21264-2182
14032639       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2020 05:04:17     Midland Credit Management, Inc.,
                 8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
14032640       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2020 05:04:17     Midland Funding, LLC,
                 8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
14032641       +E-mail/PDF: cbp@onemainfinancial.com Jul 31 2020 05:10:42     OneMain Financial,   P.O. Box 499,
                 Hanover, MD 21076-0499
14094680        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 05:09:24
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14047106        E-mail/PDF: cbp@onemainfinancial.com Jul 31 2020 05:10:43     SPRINGLEAF FINANCIAL SERVICES,
                 P.O. BOX 3251,   EVANSVILLE, IN 47731-3251
14032644        E-mail/PDF: cbp@onemainfinancial.com Jul 31 2020 05:10:43     Springleaf Financial Services,
                 1450 Scalp Avenue, Suite 120,   Johnstown, PA 15904
14032643        E-mail/PDF: cbp@onemainfinancial.com Jul 31 2020 05:08:51     Springleaf Financial Services,
                 P.O. Box 742536,   Cincinnati, OH 45274-2536
14032645       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:10:54     Syncb/ashley Homestore,
                 950 Forrer Boulevard,   Dayton, OH 45420-1469
14032646       +E-mail/Text: csrmn@thecmigroup.com Jul 31 2020 05:05:26     The Affiliated Group I,
                 P.O. Box 7739,   Rochester, MN 55903-7739
14032648       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 31 2020 05:02:31
                 Verizon,   500 Technology Drive,   Suite 30,   Weldon Spring, MO 63304-2225
14032649       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 31 2020 05:05:05     Webbank/Fingerhut,
                 6250 Ridgewood Plaza,   Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 23

```
District/off: 0315-7                  User: msch                    Page 2 of 2                    Date Rcvd: Jul 30, 2020
                                      Form ID: pdf900               Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Lakeview Loan Servicing, LLC
cr*             +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey Wayne Ross    on behalf of Debtor Michael D. Haer jross@shepleylaw.com,
               jeffreywross@hotmail.com;bk@shepleylaw.com;ldeist@shepleylaw.com
              Jeffrey Wayne Ross    on behalf of Joint Debtor Brenda L. Haer jross@shepleylaw.com,
               jeffreywross@hotmail.com;bk@shepleylaw.com;ldeist@shepleylaw.com
              Jon A. McKechnie    on behalf of Joint Debtor Brenda L. Haer jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Debtor Michael D. Haer jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```