| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Michael D. Haer** | Social Security number or ITIN   xxx–xx–2966 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Brenda L. Haer** | Social Security number or ITIN   xxx–xx–8345 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–70293–JAD** | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael D. Haer                                    Brenda L. Haer

8/25/20                                          **By the court:**   Jeffery A. Deller
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                    Case No. 15-70293-JAD
Michael D. Haer
Brenda L. Haer                                                            Chapter 13
        Debtors                           CERTIFICATE OF NOTICE
District/off: 0315-7          User: aala                   Page 1 of 2                  Date Rcvd: Aug 25, 2020
                              Form ID: 3180W               Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
db/jdb         +Michael D. Haer,    Brenda L. Haer,   305 Salisbury Street,    Meyersdale, PA 15552-1415
14032620       +1st Peoples Community,    P.O. Box 1377,   Cumberland, MD 21501-1377
14032621       +AAS Debt Recovery Inc.,    P.O. Box 129,   Monroeville, PA 15146-0129
14032622       +Bernard C. John, Esq.,    AAS Debt Recovery Inc.,    2526 Monroeville Blvd., Suite 205,
                 Monroeville, PA 15146-2371
14032627        Collection Service Center, Inc.,    839 5th Avenue,    P.O. Box 560,
                 New Kensington, PA 15068-0560
14032630       +First Consumer Discount Company,    67 Erie Avenue,    P.O. Box 566,   Saint Marys, PA 15857-0566
14032631       +First National Bank of Pennsylvania,    c/o AAS Debt Recovery Inc.,    2526 Monroeville Blvd.,
                 Monroeville, PA 15146-2358
14032632       +First National Bank of Pennsylvania,    1 FNB Blvd.,    Hermitage, PA 16148-3363
14032633        First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3487
14032635       +Fredmeyers/cbna,    P.O. Box 2017,   Elgin, IL 60121-2017
14048799       +Lakeview Loan Servicing, LLC,    M&T BANK,   PO BOX 1288,    Buffalo, NY 14240-1288
14032642       +Springleaf,    Richland Square,   1397 Eisenhower Blvd., Suite 100,    Johnstown, PA 15904-3267
14032647       +Unknown Creditor,    2410 Broad Avenue,   Altoona, PA 16601-1940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2020 03:50:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2020 03:50:57       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14066097        EDI: AIS.COM Aug 26 2020 07:33:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
14039333        EDI: AIS.COM Aug 26 2020 07:33:00     American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK   73126-8941
14032625        EDI: CITICORP.COM Aug 26 2020 07:33:00      Citicards Cbna,    Centralized Bankruptcy Department,
                 P.O. Box 20363,    Kansas City, MO 64195
14032623       +E-mail/Text: bankruptcy@cavps.com Aug 26 2020 03:51:26      Cavalry Portfolio Services,
                 500 Summit Lake Drive,    Suite 400,   Valhalla, NY 10595-2322
14035194       +E-mail/Text: bankruptcy@cavps.com Aug 26 2020 03:51:27      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14032626       +EDI: CKSFINANCIAL.COM Aug 26 2020 07:33:00      Cks Financial,    505 Independence Parkway St.,
                 Chesapeake, VA 23320-5178
14032628       +E-mail/Text: bdsupport@creditmanagementcompany.com Aug 26 2020 03:51:29
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14032629        EDI: DISCOVER.COM Aug 26 2020 07:33:00      Discover Financial Services, LLC,    P.O. Box 15316,
                 Wilmington, DE 19850
14037655        EDI: DISCOVER.COM Aug 26 2020 07:33:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH   43054-3025
14071792        EDI: ECAST.COM Aug 26 2020 07:33:00     ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                 OF CITIBANK, N.A.,    POB 29262,   NEW YORK, NY 10087-9262
14032634       +EDI: AMINFOFP.COM Aug 26 2020 07:33:00      First Premier Bank,    601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
14032636        EDI: CBS7AVE Aug 26 2020 07:33:00     Ginny's,    1112 7th Avenue,   Monroe, WI 53566-1364
14032624        EDI: JPMORGANCHASE Aug 26 2020 07:33:00      Chase Bank USA, NA,    P.O. Box 15298,
                 Wilmington, DE 19850
14032638        E-mail/Text: camanagement@mtb.com Aug 26 2020 03:50:37       M&T Bank,
                 Lending Services, Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
14032637        E-mail/Text: camanagement@mtb.com Aug 26 2020 03:50:37       M&T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264-2182
14032639       +EDI: MID8.COM Aug 26 2020 07:33:00     Midland Credit Management, Inc.,    8875 Aero Drive,
                 Suite 200,    San Diego, CA 92123-2255
14032640       +EDI: MID8.COM Aug 26 2020 07:33:00     Midland Funding, LLC,    8875 Aero Drive,   Suite 200,
                 San Diego, CA 92123-2255
14032641       +EDI: AGFINANCE.COM Aug 26 2020 07:33:00      OneMain Financial,    P.O. Box 499,
                 Hanover, MD 21076-0499
14094680        EDI: PRA.COM Aug 26 2020 07:33:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14047106        EDI: AGFINANCE.COM Aug 26 2020 07:33:00      SPRINGLEAF FINANCIAL SERVICES,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14032644        EDI: AGFINANCE.COM Aug 26 2020 07:33:00      Springleaf Financial Services,
                 1450 Scalp Avenue, Suite 120,    Johnstown, PA 15904
14032643        EDI: AGFINANCE.COM Aug 26 2020 07:33:00      Springleaf Financial Services,    P.O. Box 742536,
                 Cincinnati, OH 45274-2536
14032645       +EDI: RMSC.COM Aug 26 2020 07:33:00     Syncb/ashley Homestore,    950 Forrer Boulevard,
                 Dayton, OH 45420-1469
14032646       +EDI: AFFILIATEDGRP.COM Aug 26 2020 07:33:00       The Affiliated Group I,   P.O. Box 7739,
                 Rochester, MN 55903-7739
14032648       +EDI: VERIZONCOMB.COM Aug 26 2020 07:33:00       Verizon,   500 Technology Drive,   Suite 30,
                 Weldon Spring, MO 63304-2225
```

```
District/off: 0315-7           User: aala                 Page 2 of 2            Date Rcvd: Aug 25, 2020
                               Form ID: 3180W             Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14032649       +EDI: BLUESTEM Aug 26 2020 07:33:00      Webbank/Fingerhut,    6250 Ridgewood Plaza,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 28

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr*            +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey Wayne Ross    on behalf of Debtor Michael D. Haer jross@shepleylaw.com,
               jeffreywross@hotmail.com;bk@shepleylaw.com;ldeist@shepleylaw.com
              Jeffrey Wayne Ross    on behalf of Joint Debtor Brenda L. Haer jross@shepleylaw.com,
               jeffreywross@hotmail.com;bk@shepleylaw.com;ldeist@shepleylaw.com
              Jon A. McKechnie    on behalf of Joint Debtor Brenda L. Haer jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Debtor Michael D. Haer jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 9
```